UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:13–cv–02249–BRO–MRW            Date:   8/22/2013
Title:   HAROUT KARAMANOUGIAN V. ERIC HOLDER ET AL

Present: The Honorable   Beverly Reid O'Connell  , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 7/29/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 8/5/2013.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk:  rfi